OLD WORLD ART, INC., v. JOHAN W. DE R. QUISTGAARD.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

BJELLAND, LANGE & CO., INC., v. BAKER & WILLIAMS.—

Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

## SECOND DEPARTMENT, OCTOBER, 1943.
### (October 4, 1943.)

In the Matter of the Application of BENJAMIN NEUWIRTH for Admission to Practice as an Attorney.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

CONTINENTAL CASUALTY COMPANY, Respondent, v. ROLOU LAND COMPANY, Appellant.—

No opinion. The cause is restored to the day calendar of Trial Term, Part I, of the Supreme Court, Kings County, for the 11th day of October, 1943. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

BENJAMIN FEINBERG, Respondent, v. WALDORF ICE CREAM CORPORATION, Appellant.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

LESLIE FRANK, Respondent, v. MAY S. JAFFA et al., Appellants, et al., Defendants.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.